IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TRENTON SCOTT UNRUH,

                      **Plaintiff,**

      v.                                                                                  CASE NO. 24-3118-JWL

CITY OF GARDEN CITY, KANSAS, ET AL.,

                      **Defendants.**

## MEMORANDUM AND ORDER

On August 6, 2024, the Court ordered the Finney County Sheriff's Office (FCSO) to prepare and file a *Martinez* report. (Doc. 9.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.3d 1106 (10th Cir. 1991). The report is currently due today, October 1, 2024. (Doc. 9.) The FCSO has filed a motion for a 30-day extension of time in which to file the report. (Doc. 10). The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion (Doc. 10) is **granted.** The *Martinez* report shall be filed no later than October 31, 2024.

**IT IS SO ORDERED.**

DATED: This 1st day of October, 2024, at Kansas City, Kansas.

                                          S/ John W. Lungstrum

                                          JOHN W. LUNGSTRUM
                                          United States District Judge